**376**

443 P.2d 869

STATE of New Mexico ex rel. SERNA TRUCKING COMPANY, Inc., Relator,

v.

The Honorable Frank B. ZINN, Judge of the District Court of the Eleventh Judicial District of the State of New Mexico, Respondent.

No. 8707.

Supreme Court of New Mexico.

July 25, 1968.

CHAVEZ, Chief Justice and MOISE and CARMODY, Justices, concurring.

NOBLE and COMPTON, Justices being absent and not participating.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

443 P.2d 869

STATE of New Mexico ex rel. Margherita M. HENNING, Petitioner,

v.

Stanley CAPLAN, Anne B. Warren, Joel E. Greene, Lloyd E. Homme, and John E. Westeen, members of the New Mexico State Board Of Psychologist Examiners and the New Mexico State Board Of Psychologist Examiners, Respondents.

No. 8709.

Supreme Court of New Mexico.

July 29, 1968.

CHAVEZ, Chief Justice and MOISE, COMPTON and CARMODY, Justices, concurring.

NOBLE, Justice, being absent and not participating.

Ordered that the petition for writ of mandamus be, and the same is hereby denied.

443 P.2d 869

Nicholas D. BRAINARD, Petitioner,

v.

The CLERK of the SECOND JUDICIAL DISTRICT COURT, Respondent.

No. 8708.

Supreme Court of New Mexico.

Aug. 8, 1968.

MOISE, COMPTON and CARMODY, Justices, concurring.

CHAVEZ, Chief Justice, and NOBLE, Justice, being absent and not participating.

Ordered that the alternative writ of mandamus issued herein on July 25, 1968, be and the same is hereby discharged for the reason that the issues therein are moot.

443 P.2d 869

CITY OF CARLSBAD, a municipal corporation, Petitioner,

v.

Honorable George L. REESE, Jr., Respondent.

No. 8703.

Supreme Court of New Mexico

Aug. 20, 1968.

MOISE, COMPTON and CARMODY, Justices, concurring.

CHAVEZ, Chief Justice, and NOBLE, Justice, being absent and not participating.

Ordered that the Alternative Writ of Mandamus heretofore issued herein on July 2, 1968, be and the same is hereby quashed as improvidently issued.